# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| BASSILA MAREGA,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>        Defendant. | **ORDER ADOPTING AND AFFIRMING REPORT AND RECOMMENDATION**<br><br>Case No. 1:08CV83DAK |

       This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On August 27, 2009, Defendant Wal-Mart Associates filed a Motion for Summary Judgment. On February 3, 2010, Magistrate Judge Alba issued a Report and Recommendation, concluding that Defendant's Motion for Summary Judgment be granted and Plaintiff's Complaint be dismissed.

       The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within ten days of receiving it. The time for filing an objection has passed, and Plaintiff has not filed an objection to the Report and Recommendation.

       Since the passing of the deadline for objections to be filed, the court has reviewed the file *de novo*. The court fully agrees with the analysis contained in Magistrate Judge Alba's Report and Recommendation. Therefore, the court affirms and adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's complaint is DISMISSED.

DATED this 22nd day of February, 2010.

                                    BY THE COURT:

                                    _____
                                    DALE A. KIMBALL
                                    United States District Judge